AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern  District of  Michigan

NEO Wireless, LLC Patent Litigation

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No.  2:22-md-3034-TGB |
| v. | ) |  |
| American Honda Motor Co. Inc., et al. | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
NISSAN NORTH AMERICA INC and NISSAN MOTOR ACCEPTANCE CORPORATION

.

Date: July 1, 2022

Reginald J. Hill, Illinois Bar No. 6225173
*Attorney's printed name and bar number*

Jenner & Block LLP, 353 N Clark Street, Chicago,
*Address*

rhill@jenner.com
*E-mail address*

312 923-2606
*Telephone number*

312 527-0484
*FAX number*