# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE NEO WIRELESS, LLC PATENT LITIGATION** | 2:22-MD-03034-TGB <br><br> HON. TERRENCE G. BERG <br><br> **ORDER SETTING SCHEDULE FOR TECHNOLOGY TUTORIAL** <br><br> THIS ORDER RELATES TO ALL CASES |

On or before January 18, 2023, the parties shall provide the Court and the technical advisor with a high-level technology tutorial explaining the technology at issue. The parties may choose the format for presentation of the tutorial but the Court believes that either an animated video or a slide presentation narrated by an individual (e.g., attorney, expert, or actor) that focuses on providing a high-level explanation of the technology at issue would be most effective and appropriate. This tutorial should not be used for argument to address a specific patent or claim. The tutorial may be provided to the Court by emailing it to the Court's technical advisor and case manager.

On January 23, 2023 at 1:00pm the Court will hold a video conference on  to discuss the high-level tutorial with the parties. If the parties have selected an expert, such expert shall be present to answer

any questions about the technology that the Court may have. If the parties have not yet selected their experts, the attorneys present may address the Court's questions.

On or before February 13, 2023, the parties shall provide the Court and the technical advisor with a second tutorial on the technology at issue as it relates to the asserted patents. The parties may choose the format for presentation of the tutorial but the Court believes that either an animated video or a slide presentation narrated by an individual (e.g., attorney, expert, or actor). The tutorial should not be used for argument, but should explain the technology as it relates to each asserted patent. The tutorial may be provided to the Court by emailing it to the Court's technical advisor and case manager.

If necessary, the Court will hold a video conference on April 11, 2023 at 1:00pm to discuss the second tutorial with the parties. Although not required, the parties may present an expert during the conference to answer the Court's questions about the second tutorial.

**IT IS SO ORDERED.**

Dated: <u>December 21, 2022</u>   <u>s/Terrence G. Berg</u>
                                                               TERRENCE G. BERG
                                                               UNITED STATES DISTRICT JUDGE