# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | 2:22-MD-03034-TGB <br> HON. TERRENCE G. BERG <br> JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTIES

This matter having arisen upon motion by Plaintiff for this Court to issue Letters of Request, pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, to the central judicial authorities of China, Luxembourg, and Spain to procure evidence from Quectel Wireless Solutions Co. Ltd., Ficosa International S.A., and Rolling Wireless S.A.R.L., and it appearing that these Letters of Request are appropriate, **IT IS ORDERED** that the Letters of Request forwarded to the Court shall be signed by the Court and that the Clerk of this Court is directed to stamp each Letter of Request with the seal of the Court for forwarding to the central judicial authorities of China, Luxembourg, and Spain.

**IT IS SO ORDERED.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**DATED: May 11, 2023**