# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | 2:22-MD-03034-TGB <br> HON. TERRENCE G. BERG <br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTIES

This matter having arisen upon motion by Plaintiff for this Court to issue a Letter of Request, pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, to the central judicial authority of South Korea to procure evidence from LG Electronics, Inc., and it appearing that the Letter of Request is appropriate, **IT IS ORDERED** that the Letter of Request forwarded to the Court shall be signed by the Court and that the Clerk of this Court is directed to stamp the Letter of Request with the seal of the Court for forwarding to the central judicial authorities of South Korea.

**IT IS SO ORDERED.**

/s/Terrence G. Berg  
**TERRENCE G. BERG**  
**UNITED STATES DISTRICT JUDGE**

**Dated: August 15, 2023**