UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: NEO WIRELESS, LLC,
PATENT LITIGATION

Case No.   2:22-MD-03034-TGB
HON. TERRENCE G. BERG

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF NEO'S LICENSING NEGOTIATIONS WITH AVANCI**

| | |
|---|---|
| Exhibit A | Avanci October 2017 SEP Landscape Report (FORD-NEO-00113755) (**CONFIDENTIAL *AEO***) |
| Exhibit B | Neo's 9/1/23 2nd Supplemental Response to ROG 2 (**CONFIDENTIAL *AEO***) |
| Exhibit C | Neo's 9/9/22 Response to Request for Production 49 |
| Exhibit D | 7/28/23 Letter from LeRoy to Neo re Avanci (**CONFIDENTIAL *AEO***) |
| Exhibit E | 9/12/23 email from Neo to Defendants |
| Exhibit F | Avanci Documents (**CONFIDENTIAL *AEO***) |
| Exhibit G | Neo-Avanci NDA (**CONFIDENTIAL *AEO***) |
| Exhibit H | 7/19/23 email from Avanci to Ford |