# **EXHIBIT H**

| | |
|---|---|
| **From:** | Laurie Fitzgerald - Avanci |
| **To:** | Stec, Jennifer (J.) |
| **Cc:** | Pride, Andrew (A.S.); Jacob Song |
| **Subject:** | RE: Notice re: Neo Wireless Litigation |
| **Date:** | Wednesday, July 19, 2023 3:49:04 PM |

> **WARNING:** This message originated outside of Ford Motor Company. Use caution when opening attachments, clicking links, or responding.

Jennifer,

Thank you for the notice. So long as the materials will be designated as Confidential Attorneys Eyes Only under the Protective Order, we have no objection to the production.

Sincerely,
Laurie

---

**From:** Stec, Jennifer (J.) <jstec1@ford.com>
**Sent:** Tuesday, July 18, 2023 5:27 PM
**To:** Laurie Fitzgerald - Avanci <lfitzgerald@avanci.com>
**Cc:** Pride, Andrew (A.S.) <apride1@ford.com>
**Subject:** Notice re: Neo Wireless Litigation

> { EXTERNAL }

Laurie,

As you may know, Neo Wireless sued Ford alleging infringement of several patents alleged to be essential to the 4G cellular standard.  I wanted to let you know that Ford intends to produce in the Neo litigation its June 1, 2022 4G Patent License Agreement with Avanci, and some of the rated correspondence.  The materials will be designated as Confidential Attorneys Eyes Only under the Protective Order.

Please let me know if you have any issues with this production.

Thanks,
Jennifer