# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | Case No.: 2:22-md-03034-TGB <br><br> Hon. Terrence G. Berg |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF NEO'S LICENSING NEGOTIATIONS WITH AVANCI

Before the Court is Defendants' Motion for Leave to File Under Seal Portions of Their Reply in Support of Their Motion to Compel Production of Neo's Licensing Negotiations with Avanci. After considering the motion, the Court hereby **GRANTS** the motion as follows:

Defendants are permitted to file their Reply in Support of Their Motion to Compel Production of Neo's Licensing Negotiations with Avanci under seal.

**IT IS SO ORDERED**.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2023

1