# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | 2:22-MD-03034-TGB<br>HON. TERRENCE G. BERG<br>JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF LETTER SOF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTIES

This matter having arisen upon motion by Plaintiff for this Court to issue Letters of Request, pursuant to the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, to the central judicial authority of South Korea to procure evidence from LG Electronics, Inc., and to the appropriate German judicial authorities to procure evidence from LG Electronics Deutschland GmbH, and it appearing that the Letters of Request are appropriate, **IT IS ORDERED** that the Letters of Request forwarded to the Court shall be signed by the Court and that the Clerk of this Court is directed to stamp the Letters of Request with the seal of the Court for forwarding to the central judicial authorities of South Korea and appropriate German judicial authorities, as appropriate.

Date: November 21, 2023

/s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge