# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | § § § § § § § § | 2:22-MD-03034-TGB <br><br> HON. TERRENCE G. BERG |
| NEO WIRELESS, LLC v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL. | § § § | 2:22-CV-11404-TGB <br><br> HON. TERRENCE G. BERG |

## ORDER GRANTING JOINT MOTION FOR STAY PENDING SETTLEMENT

Before the Court is Plaintiff Neo Wireless LLC and Defendants Volkswagen Group of America, Inc. and Volkswagen Group of America Chattanooga Operations, LLC's Joint Motion to Stay Pending Settlement. After considering the motion, the Court hereby **GRANTS** the motion as follows:

- All deadlines set out in the Court's Scheduling Order (Dkt. 84), as to Volkswagen only are hereby stayed for one month.

- The parties are directed to file a Joint Motion to Dismiss as soon as the settlement is final.

- If the settlement is not final by January 15th, counsel for the parties will request a conference with the Court and jointly propose an adjusted case

1

schedule for Volkswagen that does not disrupt the deadlines for any other Defendant or the deadlines for dispositive and *Daubert* motions currently set forth in the Scheduling Order.

IT IS SO ORDERED.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2023