# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: NEO WIRELESS, LLC, PATENT LITIGATION | Case No.  2:22-MD-03034-TGB<br>HON. TERRENCE G. BERG |

**JOINT STIPULATION TO DISMISS U.S. PATENT NO. 10,965,512**

WHEREAS, pursuant to the Court's claim narrowing order (Dkt. 102), Plaintiff Neo Wireless, LLC ("Neo") was required to reduce its asserted claims from 36 claims to 18 claims in order to streamline this case for trial, and did so in part by reducing all asserted claims of U.S. Patent No. 10,965,512 ('512 Patent);

WHEREAS, General Motors Co. and General Motors LLC, Ford Motor Co., Nissan North America, Inc. and Nissan Motor Acceptance Corp., Tesla Inc., Honda Development & Manufacturing of America, LLC, and American Honda Motor Co., Inc. previously filed or joined IPR proceedings relating to the '512 Patent (including IPR2022-01539, IPR2023-00764, and IPR2023-00961);

WHEREAS, the '512 Patent is anticipated to expire on January 20, 2025, prior to the conclusion of the instant case against the Defendants,[1] and the totality of the circumstances make it unlikely that Neo will pursue renewed litigation against these Defendants on the '512 Patent;

WHEREAS, certain parties wish to avoid the cost and expense of continuing to litigate IPRs for an unasserted patent;

---

[1] The Defendants include Ford Motor Company; Tesla, Inc.; General Motors Company and General Motors LLC (collectively "GM"); FCA US LLC; Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Credit Corporation (collectively "Toyota"); American Honda Motor Co., Inc. and Honda Development & Manufacturing of America, LLC (collectively "Honda"); and Nissan North America Inc. and Nissan Motor Acceptance Corporation a/k/a Nissan Motor Acceptance Company LLC (collectively "Nissan").

WHEREAS, Neo wishes to make a gesture of good faith that may help facilitate a global resolution of this litigation;

THEREFORE, Neo and the undersigned Defendants hereby jointly stipulate to the dismissal of Neo's claims against each of the undersigned Defendants for infringement of U.S. Patent No. 10,965,512 ('512 Patent) with prejudice, with each party bearing its own fees and costs relating to the assertion of the '512 Patent against the Defendants in this case.

Neo additionally stipulates and covenants that neither it nor any of its subsidiaries or successors-in-interest will sue any of the Defendants or their current affiliates[2] for infringement of the '512 Patent, or any of the following foreign counterparts: EP1712089 B1, KR100808462 B1, CN1879426 B, or and CN101854188 B, ("Specified Foreign Counterparts"), now or in the future.  Neo agrees, to the extent required under the laws of any pertinent jurisdictions, to contractually prohibit its subsidiaries and successors-in-interest from suing any of

---

[2] For clarity, "affiliate" as used herein shall mean any other corporation or entity that directly or indirectly controls, is controlled by, or is under common control with such Party, corporation, or entity.  For purposes of this definition, control means, with respect to an entity, the possession, directly or indirectly, of (i) the power to vote more than 50% of the voting stock, shares or interests of such entity or the maximum percentage of voting stock or other ownership interest permitted by local law (at the time such entity was established) in any country where the local law does not permit foreign equity participation of greater than 50%, or (ii) the power to direct the management of or make binding decisions for such entity, whether by contract or otherwise.

the Defendants or their current affiliates for infringement of the '512 Patent or its the Specified Foreign Counterparts, now or in the future.

The undersigned Defendants additionally stipulate and agree to dismiss their counterclaims (as applicable to each Defendant) relating to the '512 Patent.

Defendants General Motors, Ford, Nissan, Tesla, and Honda additionally stipulate and agree to promptly contact the PTAB immediately following entry of this stipulation, and to request, within seven (7) days of entry of this Joint Stipulation, that the Patent Trial and Appeal Board terminate their respective IPR proceedings on the '512 Patent (including IPR2022-01539, IPR2023-00764, and IPR2023-00961).  All Defendants further agree not to initiate or participate in any other invalidity challenges to the '512 Patent or the Specified Foreign Counterparts.  Neo and the undersigned Defendants additionally stipulate and agree that this stipulation and dismissal is done for the convenience of the parties based on the totality of the circumstances, and is not an indicator of the value of the '512 patent or a basis for a royalty rate or license terms. To that end, the terms of the Joint Stipulation and the fact of dismissal of the '512 Patent shall not be introduced as evidence at trial between Neo and any Defendant in this case.

Date:  January 22, 2024    Respectfully submitted,

/s/ John S. LeRoy    /s/ Christopher S. Stewart w/permission
John S. LeRoy (P61964)    Jason D. Cassady, TX Bar #24045625
Christopher C. Smith (P73936)    Email: jcassady@caldwellcc.com
Kyle G. Konz (P79452)    Christopher S. Stewart, TX Bar #24079399
BROOKS KUSHMAN P.C.    Email: cstewart@caldwellcc.com
150 W. Second St., Suite 400N    Daniel R. Pearson, TX Bar #24070398
Royal Oak, MI  48067-3846    Email: dpearson@caldwellcc.com
Telephone: (248) 358-4400    Bailey A. Blaies, TX Bar #24109297
jleroy@brookskushman.com    Email: bblaies@caldwellcc.com
csmith@brookskushman.com
kkonz@brookskushman.com    CALDWELL CASSADY CURRY P.C.
    2121 N. Pearl St., Suite 1200
*Counsel for Defendant*    Dallas, Texas 75201
*Ford Motor Company*    Telephone: (214) 888-4848

    Jaye Quadrozzi (P71646)
    YOUNG, GARCIA &
    QUADROZZI, PC
    2775 Stansbury Blvd., Suite 125
    Farmington Hills, MI 48334
    Telephone: (248) 353-8620
    Email: quadrozzi@youngpc.com

    *Attorneys for Plaintiff*
    *NEO WIRELESS, LLC*

4

<u>/s/ Joseph A. Herriges w/permission</u>
Joseph A. Herriges, MN Bar No. 390350
Conrad A. Gosen, MN Bar No. 0395381
James Huguenin-Love, MN Bar No. 0398706
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
herriges@fr.com, gosen@fr.com, huguein-love@fr.com

Michael J. McKeon, DC Bar No. 459780
Christian Chu, DC Bar No. 483948
Jared Hartzman, DC Bar No. 1034255
Joshua Carrigan, VA Bar No. 96911
FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
mckeon@fr.com, chu@fr.com, hartzman@fr.com, carrigan@fr.com

J. Michael Huget (P39150)
Sarah E. Waidelich (P80225)
HONIGMAN LLP
315 E. Eisenhower Pkwy., Ste. 100
Ann Arbor, MI 48108
Tel: (734) 418-4254
mhuget@honigman.com, swaidelich@honigman.com

***Counsel for Defendants General Motors Company and General Motors LLC***

<u>/s/ Thomas H. Reger II w/permission</u>
Thomas H. Reger II, TX Bar #24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Lawrence Jarvis, GA Bar #102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005

Elizabeth Ranks, MA Bar #693679
ranks@fr.com
FISH & RICHARDSON P.C.
1 Marina Park Drive
Boston, Massachusetts 02210
Telephone: (617) 542-5070

J. Michael Huget (P39150)
Sarah E. Waidelich (P80225)
HONIGMAN LLP
315 East Eisenhower Prkwy., Ste. 100
Ann Arbor, MI 48108
Tel: (734) 418-4254
mhuget@honigman.com
swaidelich@honigman.com

***Counsel for Defendant Tesla, Inc.***

/s/ Paul R. Steadman w/permission
Paul R. Steadman (IL Bar #6238160)
Matthew Satchwell (IL Bar #6290672)
Shuzo Maruyama (IL Bar #6313434)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.2135
paul.steadman@us.dlapiper.com
matthew.satchwell@us.dlapiper.com
shuzo.maruyama@us.dlapiper.com

Brian Erickson (TX Bar #24012594)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701-4653
Tel: 512.457.7059
brian.erickson@us.dlapiper.com

Dawn M. Jenkins
(TX Bar #24074484)
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Telephone: (713) 425-8454
dawn.jenkins@dlapiper.com

*Counsel for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Credit Corporation*

/s/ John T. Johnson w/permission
John T. Johnson (NY Bar #2589182)
Jeffrey Mok (NY Bar #5106059)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
E-mail: jjohnson@fr.com; jmok@fr.com

Ruffin B. Cordell (NY Bar #2589182)
Benjamin J Christoff
FISH & RICHARDSON P.C.
1000 Maine Ave., S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
E-mail: Cordell@fr.com

Thomas Branigan (P41774)
Matin Fallahi (P84524)
Bowman and Brooke LLP
41000 Woodard Avenue, 200 East
Bloomfield Hills, MI 48304
Telephone: (248) 205-3300
thomas.branigan@bowmanandbrooke.com
matin.fallahi@browmanandbrook.com

*Counsel for Defendants
American Honda Motor Co., Inc. and Honda Development & Manufacturing of America, LLC*

| | |
|---|---|
| /s/ Robert C. Tapparo w/permission<br>Frank C. Cimino, Jr.<br>Megan S. Woodworth<br>Jonathan L. Falkler<br>Robert C. Tapparo<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 344-4569<br>FCCimino@Venable.com<br>MSWoodworth@Venable.com<br>JLFalkler@Venable.com<br>RCTapparo@Venable.com<br><br>Patrick G. Seyferth (P47575)<br>Susan M. McKeever (P73533)<br>BUSH SEYFERTH PLLC<br>100 W. Big Beaver Rd., Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>seyferth@bsplaw.com<br>mckeever@bsplaw.com<br><br>*Attorneys for Defendant*<br>*FCA US LLC* | /s/ Reginald J. Hill w/permission<br>Reginald J. Hill (IL Bar #6225173)<br>Peter J. Brennan (IL Bar #6190873)<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br>rhill@jenner.com<br>pbrennan@jenner.com<br><br>*Counsel for Defendants*<br>*Nissan North America Inc. and Nissan*<br>*Motor Acceptance Corporation a/k/a*<br>*Nissan Motor Acceptance Company LLC* |

**IT IS SO ORDERED.**

Date:_____            _____
                                 Terrence G. Berg
                                 United States District Judge