# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEO WIRELESS, LLC PATENT LITIG. | Case No. 2:22-md-03034-TGB <br> HON. TERRENCE G. BERG |
| NEO WIRELESS, LLC <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC.; VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC | Case No. 2:22-cv-11404-TGB <br> HON TERRENCE G. BERG <br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)

Before the Court is the Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court **GRANTS** the Joint Motion, and hereby dismisses all claims and counterclaims currently and previously pled in this case **WITH PREJUDICE**. It is **ORDERED** that each party will bear its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: January 11, 2024

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1